1  JEAN MURREL ADAMS, ESQ. (State Bar No. 138458)
   GAIL S. HODES, ESQ. (State Bar No. 139693)
2  ADAMS ESQ, A Professional Corporation
   1300 Clay Street, Suite 600
3  Oakland, CA 94612
   Telephone: (510) 832-6000
4  Facsimile: (510) 832-3099
   jmurrelladams@adamsesq.com
5  gailhodes1@gmail.com

6

7  Jean Murrell Adams
   TIMOTHY P. MURPHY, Esq. (120920)
8  DOLORES M. DONOHOE, Esq. (111432)
   EDRINGTON, SCHIRMER & MURPHY  LLP
9  2300 Contra Costa Boulevard, Suite 450
   Pleasant Hill, CA  94523-3936
10 Telephone:  (925) 827-3300
   Facsimile:   (925) 827-3320
11 TMurphy@esmlawfirm.com
   LDonohoe@esmlawfirm.com
12

13 Attorneys for Defendants
   PITTSBURG UNIFIED SCHOOL DISTRICT
14

15                    UNITED STATES DISTRICT COURT

16                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 BRIANNA, an individual and ARLICIA SIMMONS   CASE NO.:  C-134446-KAW
   an Individual,
18                                              **STIPULATION ANDORDER TO**
                   Plaintiffs,                  **CONTINUE PLAINTIFFS' MOTION**
19        v.                                    **FOR ATTORNEY FEES AND RELATED**
                                                **OPPOSITION AND REPLY BRIEFS**
20 PITTSBURG UNIFIED SCHOOL                     **(L.Rule 7-7)**
   DISTRICT; ANTIOCH UNIFIED SCHOOL
21 DISTRICT, and DOES 2-20,

22                 Defendants.

23 _____/

24       Pursuant to Local Rule 7-7, the plaintiffs BRIANNA and ARLICIA SIMMONS and

25 defendant PITTSBURG UNIFIED SCHOOL DISTRICT, through their attorneys of record,

26 hereby stipulate and agree that Plaintiffs' Motion for Attorney Fees, currently set for hearing on

27                                          1

28 STIPULATION AND ORDER CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY FEES AND RELATED
   OPPOSITION AND REPLY BRIEFS                                    CASE NO.: C-13-4446-KAW

August 7, 2014 be continued to August 14, 2014 and that defendant's Opposition Brief be filed no later than July 14, 2014 and plaintiffs' Reply Brief be filed no later than seven (7) days after the Opposition Brief is filed.

DATED:                                    ADAMS ESQ, A Professional Corporation

By     /s/
       Gail S. Hodes, Esq.
       Attorney for Plaintiffs,
       BRIANNA, an individual and ARLICIA
       SIMMONS an individual

DATED:                                    EDRINGTON, SCHIRMER & MURPHY LLP

By     /s/
       Dolores M. Donohoe
       Attorney for Defendant,
       PITTSBURG UNIFIED SCHOOL DISTRICT

**CERTIFICATION BY DOLORES M. DONOHOE PURSUANT TO LOCAL RULE NO.5-1, SECTION (i)(3). RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1.     I am an attorney licensed to practice law in the State of California, and am an attorney in the law firm of Edrington, Schirmer & Murphy, counsel for Defendants PITTSBURG UNIFIED SCHOOL DISTRICT and ANTIOCH UNIFIED SCHOOL DISTRICT.  The statements herein are made on my personal knowledge, and if called as a witness, I could and would testify thereto.

2.     The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to Local Rule 5-1, section (i)(3), I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of California that the foregoing is true and correct on June 25, 2014

2

STIPULATION AND ORDER CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY FEES AND RELATED OPPOSITION AND REPLY BRIEFS                                           CASE NO.:  C-13-4446-KAW

DATED:                                          EDRINGTON, SCHIRMER & MURPHY LLP

By          /s/
    Dolores M. Donohoe
    Attorney for Defendant,
    PITTSBURG UNIFIED SCHOOL DISTRICT

**ORDER**

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that the hearing on Plaintiffs' Motion for Attorney Fees, currently set for August 7, 2014 be continued to August 21, 2014 and that defendant's Opposition Brief be filed no later than July 14, 2014 and plaintiffs' Reply Brief be filed no later than seven (7) days after the Opposition Brief is filed.

DATED: June 25, 2014

By_ _____
    Kandis A. Westmore
    United States District Magistrate Judge

---

3

STIPULATION AND ORDER CONTINUE PLAINTIFFS' MOTION FOR ATTORNEY FEES AND RELATED
OPPOSITION AND REPLY BRIEFS                                              CASE NO.: C-13-4446-KAW