UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANNA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>PITTSBURG UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No.  13-cv-04446-KAW<br><br>**ORDER CONTINUING HEARING ON MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Re: Dkt. No. 56 |

On June 23, 2014, Plaintiffs Brianna and Arlicia Simmons filed a motion for attorneys' fees and costs.  (Pls.' Mot., Dkt. No. 56.)  The motion is set for hearing on August 21, 2014. Having reviewed the parties' papers, the Court hereby continues that hearing to October 2, 2014, to give the parties an opportunity to sufficiently meet and confer as required by Civil Local Rule 54-5(a) ("Counsel for the respective parties must meet and confer for the purpose of resolving all disputed issues relating to attorney's fees before making a motion for award of attorney's fees."). Should the parties require additional time to ensure that their meet and confer efforts are productive, the parties may stipulate to any further continuances as appropriate.

**IT IS SO ORDERED.**

Dated: 08/15/14

_____
KANDIS A. WESTMORE
United States Magistrate Judge