1  TIMOTHY P. MURPHY, Esq. (120920)
   DOLORES M. DONOHOE, Esq. (111432)
2  EDRINGTON, SCHIRMER & MURPHY LLP
   2300 Contra Costa Boulevard, Suite 450
3  Pleasant Hill, CA  94523-3936
   Telephone:  (925) 827-3300
4  Facsimile:   (925) 827-3320
   TMurphy@esmlawfirm.com
5  LDonohoe@esmlawfirm.com

6  Attorneys for Defendants,
   PITTSBURG UNIFIED SCHOOL DISTRICT,
7  ANTIOCH UNIFIED SCHOOL DISTRICT

8

9                   IN THE UNITED STATE DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12 | BRIANNA, an individual and ARLICIA SIMMONS an Individual, | CASE NO.:  C-134446-KAW |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| v. | |
| PITTSBURG UNIFIED SCHOOL DISTRICT; ANTIOCH UNIFIED SCHOOL DISTRICT, and DOES 1-20, | **Fed. R. Civ. P.41** |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that defendant PITTSBURG UNIFIED SCHOOL DISTRICT  be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1). As PITTSBURG UNIFIED SCHOOL DISTRICT was the last remaining party to this action, the entire case may now be dismissed, with prejudice.  Each party is to bear their own attorney's fees and costs.

///

///

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON
CASE NO.: C-134446-KAW

| | |
|---|---|
| DATED:  1/20/15 | ADAMS ESQ., A Professional Corporation |
| | /s/ |
| | Gail S. Hodes, Esq. |
| | Attorney for Plaintiffs BRIANNA, an individual and ARLICIA SIMMONS an Individual, |
| DATED:  1/20/15 | EDRINGTON, SCHIRMER & MURPHY LLP |
| | /s/ |
| | Dolores M. Donohoe |
| | Attorney for Defendant PITTSBURG UNIFIED SCHOOL DISTRICT |

# ORDER

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that defendant PITTSBURG UNIFIED SCHOOL DISTRICT is hereby DISMISSED from this action WITH PREJUDICE.  As PITTSBURG UNIFIED SCHOOL DISTRICT was the last remaining party to this action, the entire case may now be dismissed, with prejudice.    Each party shall bear their own attorneys' fees and costs.

DATED: 1/27/15          By:  *Kandis Westmore*
                                                MAGISTRATE JUDGE KANDIS A. WESTMORE
                                                UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                                                    MAGISTRATE

# ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.

I, Dolores M. Donohoe, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 20th day of January, 2014, at Pleasant Hill, California

                                                                          /s/
                                                                          Dolores M. Donohoe, Esq.